UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIC REDDICK,

    Plaintiff,

-vs-                                                  Case No. 6:10-cv-1356-Orl-28GJK

VOLUSIA COUNTY BRANCH JAIL,

    Defendant.

_____/

## ORDER

This case is before the Court on the following matters:

1.    Plaintiff's Motion to Compel (Doc. No. 5, filed October 18, 2010), Motion to Compel (Doc. No. 6, filed October 18, 2010), Motion to Disqualify Judge (Doc. No. 8, filed October 18, 2010), Motion to Compel (Doc. No. 10, filed October 18, 2010), Motion for Affidavit of Indigency (Doc. No. 11, filed October 18, 2010) are hereby **STRICKEN.** This case was dismissed on September 15, 2010 (Doc. No. 2). The Clerk of the Court is directed to remove these pleadings from the record and to return them to Plaintiff.

2.    Plaintiff has filed a Motion for Permission to Appeal In Forma Pauperis (Doc. No. 9, filed October 18, 2010), which should also be construed as a notice of appeal from the Court's Order of September 15, 2010 (Doc. No. 2). The Clerk of the Court is directed to docket and construe the pleading as such. The motion, however, is **DENIED** because any appeal by Plaintiff would not be taken in good faith under Federal Rule of Appellate

Procedure 24(a) because Plaintiff has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Plaintiff is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

**DONE AND ORDERED** in Chambers at Orlando, Florida this 2 day of October, 2010.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
sa 10/20
Eric Reddick